UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL INSURANCE
COMPANY and GEICO CASUALTY CO.,                                   Docket No.:
                                                                  1:18-CV-02852 (JBW)(PK)
                Plaintiffs,

    -against-

A.R.A MEDICAL CARE, P.C., et al.

               Defendants.
------------------------------------------------------------------------X


## NOTICE OF MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 55(b)(2), granting default judgments against Therapeutic Chiropractic Services, P.C. and David Hershkowitz, D.C.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any papers in opposition to this motion shall be served within 14 days of service of these motion papers.

Dated: Uniondale, New York
       December 13, 2018

                                    Respectfully submitted,

                                    RIVKIN RADLER LLP

                         By:   /s/ *Priscilla D. Kam*
                                Barry I. Levy, Esq. (BL 2190)
                                Michael A. Sirignano, Esq. (MS 5263)
                                Priscilla D. Kam, Esq. (PK 1505)
                                926 RXR Plaza

        Uniondale, NY 11556-0926
        Tel.: (516) 357-3000
        Fax: (516) 357-3333

        *Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*